IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ELDON AMICK, individually and as
Personal representative of the estate of
BARBARA AMICK, deceased,

                Plaintiffs,

v.                                    CIVIL ACTION NO.  2:13-cv-06593

AMERICAN ELECTRIC
POWER CO., INC., et al.,

                Defendants.

**JUDGMENT ORDER**

In accordance with the Memorandum Opinion and Order entered this day, the Court **GRANTS** Plaintiffs' motion for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(2) [ECF 88], **DENIES AS MOOT** defendant American Electric Power Company's ("AEP") supplemental motion for summary judgment [ECF 73], **DENIES AS MOOT** Ohio Power Company's ("OPC") motion for summary judgment [ECF 77], **DENIES AS MOOT** OPC's motion to exclude expert testimony and request for a *Daubert* hearing [ECF 79], **DENIES AS MOOT** OPC's two motions in limine [ECF 91; ECF 92], **DISMISSES WITH PREJUDICE** Plaintiffs' First Amended Complaint [ECF 86] against defendants Ohio Power Company and American Electric Power Company with all costs to be taxed to the party incurring the same, and **DIRECTS** the Clerk to remove this case from the Court's Docket.

      **IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record.

ENTER: July 29, 2014

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE